# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEFFREY ELMORE**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #091418**

v.　　　　　　　　　　　　　**No. 3:24-cv-00171-LPR-JTK**

**KIP HALMAN, et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 9). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

IT IS THEREFORE ORDERED that:

1. Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Plaintiff's claims against Defendant Halman and Defendant Hereyman are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3. Plaintiff's claims against Defendants Douangkesone, Kershner, Seamster, Conley, Snow, Ridix, and Bland are severed and DISMISSED as improperly joined.

4. The Clerk is directed to TERMINATE Defendants Doe, Halman, Hereyman, Douangkesone, Kershner, Seamster, Conley, Snow, Ridix, and Bland as parties to this action.

5. Plaintiff's personal capacity claims against Defendants Hill and Smith proceed.

---

[1] Technical edits have been made to the disposition of the claims against the Doe Defendant.

      6.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

      IT IS SO ORDERED this 5th day of June 2025.[2]

                                             LEE P. RUDOFSKY
                                             UNITED STATES DISTRICT JUDGE

---

[2] The Court notes that the Answer filed by certain Defendants (Doc. 12) may have been premature. What effect that Answer has, and whether a new Answer needs to be filed, are questions for Judge Kearney in the first instance.