IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEFFREY ELMORE**  **PLAINTIFF**
ADC #091418

v.  No. 3:24-cv-00171-LPR-JTK

**KIP HALMAN, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 37) and the Plaintiff's Objections (Doc. 40). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 35) is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 8th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff's original Motion for Summary Judgment was premised on Defendants' decision not to pursue a failure-to-exhaust defense, Plaintiff's Objections appear to be an attempt to support a summary judgment decision based on the merits of Plaintiff's claims. *See* Pl.'s Objections (Doc. 40). For the reasons discussed on pages 3–4 of the PRD, to the extent Plaintiff's Motion seeks summary judgment on the merits, the Motion is both insufficient and premature.