**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JEFFREY ELMORE**                                                                              **PLAINTIFF**
**ADC #091418**

**v.**                                        **No. 3:24-cv-00171-LPR**

**JAMES SMITH, JR., et al.**                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United

States Magistrate Judge Jerome T. Kearney (Doc. 56).  No objections have been filed, and the time

for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of

the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's

findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 51) is DENIED.

IT IS SO ORDERED this 20th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE